UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISISNA

| | | |
|---|---|---|
| CARL NEWMAN | * | JUDGE: |
| | * | JAY C. ZAINEY |
| VERSUS | * | |
| | * | CIVIL ACTION NO: 2:13-CV-00104 |
| ST. TAMMANY PARISH HOSPITAL | * | |
| SERVICE DISTRICT NO. 2 D/B/A | * | MAG. JUDGE: |
| SLIDELL MEMORIAL HOSPITAL | * | JOSEPH C. WILKENSON, JR. |

## ORDER

Considering the above and foregoing Motion to Dismiss;

**BE AND IT IS HEREBY ORDERED** that this matter be dismissed against defendants, St. Tammany Parish Hospital Service District No. 2 d/b/a Slidell Memorial Hospital, and the Louisiana Patient's Compensation Fund and the Louisiana Patient's Compensation Fund Oversight Board, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this <u>12th</u> day of _____ May _____, 2014.

DISTRICT COURT JUDGE